AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of West Virginia

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Theodore Miller | ) | Case No. |
| | ) | 2:24-mj-00136 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  6/1/2022 through at least 7/5/2022  in the county of             Kanawha             in the
___Southern___ District of ___West Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Aaron Lee.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Aaron M. Lee
*Printed name and title*

Sworn to before me and signed in my presence.

Date:      08/09/2024

_____
*Judge's signature*

City and state:        Charleston, West Virginia                Hon. Dwane L. Tinsley, U.S. Magistrate Judge
*Printed name and title*