Exhibit 3
Disk On File With District Clerk